**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-00086-06-RWS |
| JOSEPH IVAN DIAS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This case is before the Court for consideration of the Report and

Recommendation [904] of Magistrate Judge Russell G. Vineyard.  The Report

and Recommendation finds the Defendant's plea of guilty to have been

knowingly and voluntarily made and finds that the charges to which the plea is

entered are supported by an independent basis in fact establishing each of the

essential elements of the offense.  Judge Vineyard recommends that the plea be

accepted and the Defendant be adjudged guilty and sentence imposed

accordingly.  There has been no objection made to the Report and

Recommendation.

AO 72A
(Rev.8/82)

Pursuant to Federal Rule of Criminal Procedure 11, the Report and Recommendation is hereby adopted and made the Order of this Court.  The plea of guilty of the Defendant to Count One of the Indictment is hereby accepted, and the Defendant is hereby adjudged guilty of said offense.  Sentencing shall be scheduled by the Courtroom Deputy Clerk.

  **SO ORDERED** this __2nd__ day of July, 2013.


_____
**RICHARD W. STORY**
United States District Judge

2